IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 32, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| | ) | NO. 26 C 3214 |
| vs. | ) ) | |
| | ) | JUDGE MARTHA M. PACOLD |
| TROCH-MC NEIL PAVING CO., an Illinois corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, by its attorney, move for entry of judgment against Troch-Mc Neil Paving Co., an Illinois corporation, the default of said Defendant having been entered on May 14, 2026 [Dkt. 16], pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiff states:

1. On March 23, 2026, Laborers' International Union of North America Local No. 32 ("Local 32"), filed this action pursuant to §301 of the Labor-Management Relations Act (LMRA), 29 U.S.C. §185(a), as amended. Plaintiff's Complaint sought to enforce an arbitration award against Defendant in the total amount of $4,909.68, stemming from a previously filed grievance, which Local 32 processed pursuant to the parties' collective bargaining agreement.

2. On October 27, 2025, the Negotiating Committee conducted a grievance hearing into the grievance brought by Local 32 against the Defendant. After consideration of all the evidence, the Negotiating Committee ruled that the company was liable for back wages and fringe benefits in the total amount of $4,909.68.

3.      On March 25, 2026, Plaintiff served Defendant with a copy of the Summons and Complaint.  Pursuant to Rule 12(a) F.R.Civ.P., Defendant was required to appear and answer Plaintiff's Complaint on or before April 15, 2026.

4.      On May 14, 2026, this Court entered default against Defendant.

5.      As of the time of the filing of this motion, Defendant has neither appeared nor answered or otherwise pled to Plaintiff's Complaint, nor has Defendant responded to Plaintiff's Motion for Entry of Default by May 6, 2026, as ordered by this Court on April 29, 2026

6.      In addition, Plaintiff's firm has expended the amount of $555.00 in costs and $2,426.25 in attorneys' fees, for a total of $2,981.25 in this matter (Fioretto Aff. ¶ 8).

7.      Based upon the documents attached hereto, Plaintiff requests that the Court enter judgment in the total amount of $7,890.93.

WHEREFORE, for the reasons set forth, Plaintiff is requesting that judgment be entered as to liability at this time.  Plaintiff requests that this Court grant its motion and enter judgment against Defendant, TROCH-MC NEIL PAVING CO., an Illinois corporation, and in favor of Plaintiff, Laborers' International Union of North America Local No. 32, in the amount of $4,909.68, plus Plaintiff's court costs and reasonable attorneys' fees in the amount of $2,981.25, for a total of $7,890.93.

/s/   Pasquale A. Fioretto

Pasquale A. Fioretto
Attorney for Plaintiff
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone: (312) 216-2566
Facsimile: (312) 236-0241
E-Mail: pfioretto@baumsigman.com

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Plaintiff's Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of <u>5:00 p.m.</u> this <u>28th</u> day of <u>May 2026</u>:

> Mr. Kenneth Nordgren, Registered Agent/President
> Troch-Mc Neil Paving Co.
> 2425 Pan Am Boulevard
> Elk Grove Village, IL  60007-6209

/s/   Pasquale A. Fioretto

Pasquale A. Fioretto
Attorney for Plaintiff
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone: (312) 216-2566
Facsimile: (312) 236-0241
E-Mail: pfioretto@baumsigman.com

I:\GPLDC\32\Troch McNeil\motion for entry of judgment 5-28-26.paf.daf.docx