IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO 32,<br><br>Plaintiff,<br><br>vs.<br><br>TROCH-MCNEIL PAVING CO., an Illinois corporation,<br><br>Defendant,<br><br>CORNERSTONE NATIONAL BANK & TRUST COMPANY,<br><br>Citation Respondent. | ) | CIVIL ACTION<br><br>CASE NO. 26 C 3214<br><br>JUDGE MARTHA M. PACOLD |

**MOTION FOR CONDITIONAL JUDGMENT AGAINST CORNERSTONE NATIONAL BANK & TRUST COMPANY**

The Plaintiff, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO 32, by their attorneys, represent to this Court as follows:

1. On June 12, 2026, this Court entered judgment in favor of Plaintiff and against Defendant TROCH-MCNEIL PAVING CO., an Illinois corporation, in the amount of $7,890.93. As of the date of filing the instant motion, the full amount of the judgment remains unsatisfied (a copy of the Judgment Order entered June 12, 2026 [Dkt. 24] is attached hereto as Exhibit 1).

2. On July 23, 2026, this Court issued a Citation to Discover Assets to Third Party directed to Citation Respondent CORNERSTONE NATIONAL BANK & TRUST COMPANY ("Cornerstone Bank").

3. The Citation to Discover Assets to Third Party, Citation Notice to Judgment Debtor and Third Party Respondent Answer to Citation Proceedings were duly served upon CORNERSTONE NATIONAL BANK & TRUST COMPANY, by tendering a copy of said documents to Dan Hollowed on July 23, 2026 (a copy of the Citation to Discover Assets to Third Party and Affidavit of Service are attached hereto as Exhibit 2). Pursuant to the Citation, CORNERSTONE NATIONAL BANK & TRUST COMPANY's Third Party Respondent Answer to Citation Proceedings was due by August 19, 2026.

4. On September 4, 2026, Plaintiff's counsel wrote to Cornerstone Bank's Dan Hollowed regarding the failure of Cornerstone Bank to respond to the Citation to Discover Assets to Third Party. An additional copy of the Citation to Discover Assets to Third Party was enclosed. Dan Hollowed was advised that Cornerstone Bank must respond to the Citation by September 11, 2026 or a conditional judgment may be entered against Cornerstone Bank for the judgment amount of $7,890.93, plus costs and attorneys' fees incurred to execute on or otherwise collect the judgment (a copy of the September 4, 2026 letter to Cornerstone Bank is attached hereto as Exhibit 3).

5. As of the date of the filing of this motion, Citation Respondent Cornerstone Bank has failed to comply with the Citation and answer the Third Party Respondent Answer to Citation Proceedings as required.

6. As of the date of the filing of this motion, the entire balance of the judgment remains unsatisfied ($7,890.93), plus costs and attorneys' fees ($2,042.50) incurred to execute on or otherwise collect the judgment (see, affidavit of Pasquale A. Fioretto attached as Exhibit 4).

7. Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, federal courts adopt the practice and procedure of the state in which the District Court sits in proceedings supplementary to and in aid of a judgment.

8. Under Illinois law, the Court may enter conditional judgment against a citation respondent for the amount due upon the judgment if the citation respondent fails to appear and answer. 735 ILCS 5/2-1402(k-3); 735 ILCS 5/12-706(a). Specifically, the statute governing citations to discover assets states that a court "may enter any order upon or judgment against the respondent cited that could be entered in any garnishment proceeding under Part 7 of Article XII of this Code." 735 ILCS 5/2-1402(k-3). The statute governing garnishments states:

> (a) When any person summoned as garnishee fails to appear and answer as required by Part 7 of Article XII of this Act, the court may enter a conditional judgment against the garnishee for the amount due upon the judgment against the judgment debtor. A summons to confirm the conditional judgment may issue against the garnishee, to be served and returned in the same manner as provided by Illinois Supreme Court Rule 105, otherwise than by publication, of a notice for additional relief upon a party in default, commanding the garnishee to show cause why the judgment should not be made final. If the garnishee, after being served with summons to confirm the conditional judgment or after being notified as provided in subsection (b) hereof, fails to appear and answer, the court shall confirm such judgment to the amount of the judgment against the judgment debtor and award costs. If the garnishee appears and answers, the same proceedings may be had as in other cases. 735 ILCS 5/12-706(a). *See, Hayward v. Scorte*, 2020 IL App (1st) 190476, ¶ 20-22.

WHEREFORE, Plaintiff moves this Court to enter a Conditional Judgment in favor of the Plaintiff, and against CORNERSTONE NATIONAL BANK & TRUST COMPANY, Citation Respondent, in the total amount of $9,933.43, which includes the judgment amount of $7,890.93 that remains unsatisfied by the Defendant, $2,042.50 in attorneys' fees and costs incurred by the Plaintiff in seeking to enforce the judgment, including through efforts to obtain CORNERSTONE

NATIONAL BANK & TRUST COMPANY's compliance with the Citation. Plaintiff further requests that this Court direct the clerk's office to issue a summons commanding Cornerstone National Bank & Trust Company to show cause why the judgment should not be made final.

/s/ Pasquale A. Fioretto__

Pasquale A. Fioretto
Attorneys for Plaintiff/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2566
Facsimile: (312) 236-0241
E-Mail: pfioretto@baumsigman.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Conditional Judgment Against Cornerstone National Bank & Trust Company) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 14th day of September 2026:

Mr. Kenneth Nordgren, Registered Agent/President
Troch-Mc Neil Paving Co.
2425 Pan Am Boulevard
Elk Grove Village, IL 60007-6209

Cornerstone National Bank & Trust Company
Attn: Dan Hollowed
One West Northwest Highway
Palatine, IL 60067

/s/ Pasquale A. Fioretto

Pasquale A. Fioretto
Attorney for Plaintiff/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2566
Facsimile: (312) 236-0241
E-Mail: pfioretto@baumsigman.com
I:\GPLDC\32\Troch McNeil\Motion for Conditional Judgment 9.14.26.docx